

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2020

No. 04-20-00495-CV

**IN RE** Alicia P. **WILLEFORD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI11792
Richard Edward Price, Judge Presiding

## O R D E R

The real party in interest's motion for extension of time in which to file a response is GRANTED. The response is due **no later than November 12, 2020**.

It is so **ORDERED** on October 20, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court